Nicholas M. Wajda (Cal. Bar No. 259178)
**WAJDA LAW GROUP, APC**
6167 Bristol Parkway
Suite 200
Culver City, California 90230
+1 310-997-0471
nick@wajdalawgroup.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE L. PRONTI,<br><br>           Plaintiff,<br><br>      v.<br><br>LEWIS MCDONNELL & ASSOCIATES,<br><br>           Defendant. | Case No.  2:22-cv-00248-SVW-MAA<br><br>**CERTFICATE OF SERVICE**<br><br>Complaint Filed: January 12, 2022 |

1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Central District of California

MICHELLE L. PRONTI

Plaintiff(s)

v.

Civil Action No. 2:22-cv-00248 -SVW (MAAx)

LEWIS MCDONNELL & ASSOCIATES

Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lewis McDonnell & Associates
2321 E. 4th St. Ste C405
Santa Ana, CA 92705

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nicholas M. Wajda
Wajda Law Group, APC
6167 Bristol Parkway, Suite 200
Culver City, CA 90230
Telephone: (310) 997-0471

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry K. Gray
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

Date: 01/12/2022

*[SERVED stamp across page]*

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| MICHELLE L. PRONTI <br> *Plaintiff* <br> v. <br> LEWIS MCDONNELL & ASSOCIATES <br> *Defendant* | Civil Action No. 2:22-cv-00248-SVW-MAA |

## AFFIDAVIT OF SERVICE

I, April Newtran, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Lewis McDonnell & Associates in Orange County, CA on January 25, 2022 at 10:34 am at 2321 E 4th St, Suite C405, Santa Ana, CA 92705 by leaving the following documents with Cindy Lee who as Manager at UPS Store is authorized by appointment or by law to receive service of process for Lewis McDonnell & Associates.

Summons in a Civil Action
Complaint
Order
Notice

Additional Description:
I walked into the store where I was greeted by Cindy Lee, the UPS store manager. I told her that I had documents to serve and she accepted the service and double-checked to confirm that Lewis McDonnell & Associates still had a box there. She verified that the address is still good for the business. I handed her the documents and left.

Asian Female, est. age 60, glasses: N, Black hair, 100 lbs to 120 lbs, 5' 3" to 5' 6".
Geolocation of Serve: http://maps.google.com/maps?q=33.748497076,-117.833316756
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Orange County__, __CA__ on __2/1/2022__.

/s/ *April Newtran*

April Newtran - (949) 903-6605
Registration No.: 6226
Registration County: Orange County